United States District Court
for the District of New Jersey

|  |  |
|---|---|
| CHARLES M. FORMAN<br><br>    Plaintiff<br><br>v.<br><br>WACHOVIA INSURANCE SERVICES, INC.<br><br>    Defendant | Civil No.  06-1622<br><br>Order of Reassignment |

It is on this 3rd day of June 2008,

O R D E R E D that the entitled action is reassigned

from Judge Stanley R. Chesler to Judge Peter G. Sheridan.


   S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court